

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00729-CV

**IN THE INTEREST OF R.B., A CHILD**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-17986
Honorable Nick Catoe Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 42.3(c).

SIGNED January 11, 2017.

_____
Karen Angelini, Justice